```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARIO RINALDI,                                             :
                                                           :
                            Plaintiff,                     :
                                                           :       16-cv-1901 (VSB)
            -against-                                      :
                                                           :            ORDER
SCA LA GOUTTE, D'OR, et al.,                               :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' pre-trial submissions. (Docs. 114, 116–124, 126, 127, 129–137, 140.) The parties are directed to notify the Court of proposed trial dates between April and June 30, 2021. The Court will then schedule a pre-trial conference. Accordingly, it is hereby:

ORDERED that by January 27, 2021, the parties submit proposed trial dates between April and June 30, 2021.

SO ORDERED.

Dated: January 25, 2021
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge