USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :
MARIO RINALDI,                         :

                    Plaintiff,   :                   16-cv-1901 (VSB)

          -against-              :                       **ORDER**

SCA LA GOUTTE, D'OR, et al.,     :

                  Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' letters regarding proposed trial dates. (Docs. 144, 145.) The parties are directed to appear for a telephone conference before the Court on Thursday, February 11, 2021, at 2:30 p.m., to discuss potential trial dates. The parties should be prepared to discuss potential trial dates after June 30, 2021. The dial-in is (888) 363-4749, and the access code is 2682448, Accordingly, it is hereby:

      ORDERED that the parties appear for a telephone conference on February 11, 2021, at 2:30 p.m.

SO ORDERED.

Dated: February 1, 2021
       New York, New York

                                                                      _____
                                                                      Vernon S. Broderick
                                                                      United States District Judge