```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIO RINALDI,                                              :
                                                            :
                          Plaintiff,                        :
                                                            :       16-cv-1901 (VSB)
              -against-                                     :
                                                            :            ORDER
SCA LA GOUTTE, D'OR, et al.,                                :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Today, I held a telephone conference to discuss potential trial dates. The parties are directed to meet and confer about potential trial dates after June 2021. Additionally, the parties are to meet and confer about proposed procedures for the trial, including whether the trial will be conducted in person, remotely, or partially remotely. Accordingly, it is hereby:

  ORDERED that, by February 26, 2021, the parties are to file a joint letter with proposed trial dates after June 2021 and proposed procedures for the trial.

SO ORDERED.

Dated: February 12, 2021
   New York, New York

                   _____
                   Vernon S. Broderick
                   United States District Judge