UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 
MARIO RINALDI,

                Plaintiff,

     -against-

SCA LA GOUTTE, D'OR, et al.,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2021

16-cv-1901 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of the parties' February 26, 2021 joint letter indicating potential trial dates for the above-captioned litigation. (Doc. 149.) Accordingly, it is hereby:

    ORDERED that this case is tentatively scheduled for an eight to ten-day jury trial beginning on July 12, 2021 at 10:00 a.m. While these dates are subject to change, particularly in light of the public health situation, the parties are directed to be trial ready on that date.

    IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on July 1, 2021 at 11:00 a.m. I will submit an order closer to that date regarding the logistics for that conference.

SO ORDERED.

Dated: March 16, 2021
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge