```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIO RINALDI,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :               16-cv-1901 (VSB)
               -against-                                    :
                                                            :                    **ORDER**
SCA LA GOUTTE, D'OR, et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

There is a hearing or oral argument on the parties' *Daubert* motions scheduled for July 15, 2021. The parties should be prepared to present oral argument on their *Daubert* motions. I find that a hearing with expert witness testimony is unnecessary at this time. At oral argument, the parties should be prepared to address questions related to their motions, including the following questions:

*Questions for Plaintiff*

1. Is Plaintiff seeking compensatory damages based solely on the valuation of "lost business opportunity" conducted by expert Pamela O'Neill?

    a) O'Neill's report also calculates damages based on brand valuation. (O'Neill Rep. 19.)[1] In the joint pre-trial order, Plaintiff indicates that he seeks $3,700,000 in compensatory damages based on industry and economic review, projections and market outlook; a Discounted Cash Flow ("DCF") analysis under the Income Approach; and a discount rate of 14.5 percent. (Doc. 114 at 10.) This aligns with

---

[1] "O'Neill Rep." refers the expert report of Pamela M. O'Neill, dated November 20, 2018, which was emailed to the Court as part of the parties' pre-trial submissions.

O'Neill's "lost business opportunity" calculations. Is Plaintiff not seeking damages under the brand valuation approach?

　　b) Will O'Neill's expert testimony discuss unpaid commissions?

2. Did Plaintiff anticipate selling Paul Goerg champagne through his potential business?

3. When were the projections for Plaintiff's potential business, which O'Neill relied on, (*see* O'Neill Rep. 5), prepared?

　　a) Has O'Neill spoken with anyone from Oberon Securities who prepared the projections?

　　b) Are the projections for Plaintiff's potential business based on Plaintiff selling Paul Goerg champagne?

4. What is the basis for Plaintiff seeking at least € 200,000 in unpaid commissions? (*See* Doc. 114 at 10.) How did Plaintiff calculate the € 200,000 in unpaid commissions, including the time period such commissions would have been earned?

5. Does a rebuttal expert need to provide independent damages calculations or models of his or her own? If so, what is your support for that proposition?

6. Isn't expert Mandeep Trivedi's discussion of a lack of "causal link" merely a way of explaining that O'Neill failed to consider the certain factors, such as Plaintiff's historical sale performance, in conducting her valuation? (*See* Trivedi Rep. 32–33.)[2]

*Questions for Defendants*

1. Isn't it fairly common practice for experts to rely on data from third parties?

2. Aren't experts permitted to rely on data, documents, and/or information that may not be admissible?

---

[2] "Trivedi Rep." refers to the expert report of Mandeep Trivedi, dated January 10, 2019, which was emailed to the Court as part of the parties' pre-trial submissions.

3. Can the concerns raised by your *Daubert* motion, including whether Plaintiff's potential business was feasible or contemplated by the contract, be dealt with through jury interrogatories? If not, why not?

SO ORDERED.

Dated: July 13, 2021
      New York, New York

Vernon S. Broderick
United States District Judge