```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARIO RINALDI,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :
              -against-                                    :
                                                           :
SCA LA GOUTTE, D'OR, et al.,                               :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

16-cv-1901 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The parties requested that a trial in this case be set for October 11–22, 2021. (Doc. 155.) Accordingly, the parties are directed to appear for a telephone conference before the Court on Wednesday, September 8, 2021, at 4:00 p.m. to discuss this further. The dial-in is (888) 363-4749, and the access code is 2682448.

SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge