UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2021
```

------------------------------------------------------X
                                                      :
MARIO RINALDI,                                        :
                                                      :
                          Plaintiff,                  :
                                                      :                16-cv-1901 (VSB)
           -against-                                  :
                                                      :                **ORDER**
SCA LA GOUTTE, D'OR, et al.,                          :
                                                      :
                          Defendants.   :
                                                      :
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Today, I held a conference in this case.  In accordance with my comments made during the conference, by on or before September 24, 2021, counsel for the parties are directed to confer with their clients, meet and confer with each other, and file a joint status letter informing me whether: (1) they would like to be removed from the trial standby list for October 2021; (2) they would like to submit a trial request for the first or second quarter of 2022; and (3) they are amenable to a bench trial

SO ORDERED.

Dated:  September 9, 2021
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge