UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARIO RINALDI,                                             :
:
                       Plaintiff,           :
:      16-CV-1901 (VSB)
      - against -                              :
:      **ORDER**
:
SCA LA GOUTTE, D'OR, et al.,                               :
:
                    Defendants.          :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/21

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 10, 2021, I ordered a status conference in this matter will be held on December 14, 2021 at 3:00 p.m. regarding the parties' positions for trial.  (Doc. 172.)  It is hereby ORDERED that the conference will be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:     December 14, 2021
             New York, New York

                                                                Vernon S. Broderick
                                                                    United States District Judge