UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                 :
MARIO RINALDI,                 :
                 :
          Plaintiff,     :
                 :           16-CV-1901 (VSB)
    - against -        :
                 :           **ORDER**
                 :
SCA LA GOUTTE, D'OR, et al.,   :
                 :
          Defendants.  :
                 :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On December 2, 2021, I ordered that a final pretrial conference in this matter will be held on January 21, 2022 at 10:30 a.m.  (Doc. 171.)  I do not anticipate that oral argument will be necessary on the remaining motions in limine.  It is hereby

        ORDERED that the conference will be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

        On December 2, 2021, I also ordered that, on or before January 13, 2022, the parties submit the joint pretrial materials required by Rule 6 of my Individual Rules & Practices.  (Doc. 171.)  However, the parties may have more time to submit a list of any demonstratives.

        IT IS FURTHER ORDERED that on or before February 15, 2022, the parties submit a list by each party of any demonstratives to be offered in their case in chief, with an indication by demonstrative number as to whether any party objects to the demonstrative.  The party objecting must include a brief statement that makes clear the basis for its objection and must provide any necessary supporting authority.

SO ORDERED.

Dated:   January 12, 2022
         New York, New York

_____
Vernon S. Broderick
United States District Judge