UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
MARIO RINALDI,                                          :
                                                        :
                              Plaintiff,                :
                                                        :                    16-CV-1901 (VSB)
                - against -                             :
                                                        :                    **ORDER**
                                                        :
SCA LA GOUTTE, D'OR, et al.,                            :
                                                        :
                              Defendants.   :
                                                        :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Today, I held a conference in this case.  In accordance with my comments made during

the conference, by on or before February 4, 2022, Defendants are directed to file any motion and

supplemental evidence in support of their request that one of their witnesses be permitted to

testify remotely.  Both parties are further directed to file on ECF any materials previously

emailed to my chambers concerning the aforementioned request, under seal and/or redacted as

necessary.

SO ORDERED.

Dated:          January 21, 2022
                New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge