UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
MARIO RINALDI,                                        :
:
                              Plaintiff,             :
:                    16-CV-1901 (VSB)
              - against -                             :
:                         **ORDER**
:
SCA LA GOUTTE, D'OR, et al.,                          :
:
                              Defendants.  :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of the parties' joint list of trial demonstrative exhibits and objections.

(Doc. 207.)  The parties are hereby

        ORDERED to appear for a conference before the Court on the aforementioned objections

tomorrow, February 17, 2022, at 9:00 a.m., prior to the beginning of jury selection in this trial, at

500 Pearl Street, Courtroom 11D, New York, New York.

        The parties are FURTHER ORDERED to provide the Court with electronic copies of

their demonstrative exhibits via email to BroderickNYSDChambers@nysd.uscourts.gov by the

end of the day today, February 16, 2022.

SO ORDERED.

Dated:          February 16, 2022
                New York, New York

                                            Vernon S. Broderick
                                            United States District Judge