UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARIO RINALDI,

               Plaintiff,

  v.

SCA LA GOUTTE, D'OR; SAS CH. & A. PRIEUR,

               Defendants.
------------------------------------------------------------------x
SCA LA GOUTTE, D'OR; SAS CH. & A. PRIEUR,

               Counterclaim Plaintiffs,

  v.

MARIO RINALDI,

               Counterclaim Defendant,

and

USA WINE IMPORTS, INC.,

               Additional Counterclaim
               Defendant.
------------------------------------------------------------------x

Civil Action No. 16-CV-1901 (VSB/SDA)

[proposed] ORDER

VERNON S. BRODERICK, United States District Judge:

     Defendant/Counterclaim Plaintiffs SCA La Goutte D'Or and SAS Ch. & A. Prieur ("Defendants") filed a Notice of Intent to Request Redactions on February 11, 2022 (Dkt. 204), for the transcript of proceedings held before this Court on January 21, 2022 (Dkt. 189). Defendants' request for an extension of time to file their Redaction Request is GRANTED, and Defendants are hereby ordered to file their Redaction Request on March 11, 2022.

SO ORDERED.

Dated: February 24, 2022
New York, NY

_____
Vernon S. Broderick
United States District Judge