UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
MARIO RINALDI, :
:
                Plaintiff, :
: 16-CV-1901 (VSB)
    - against - :
: **ORDER**
:
SCA LA GOUTTE, D'OR, et al., :
:
                Defendants. :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's Proposed Judgment. (Doc. 232.) Accordingly, Defendants are hereby directed to file any objections to Plaintiff's Proposed Judgment on or before March 16, 2022. Any objection, or lack thereof, could not be used as evidence of a concession and would be made without prejudice to any motion later filed pursuant to Federal Rule of Civil Procedure 50.

SO ORDERED.

Dated:     March 10, 2022
             New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge