UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
MARIO RINALDI,                                            :
:
                          Plaintiff,   :
:       16-cv-1901 (VSB)
          -against-                                 :
:       **JUDGMENT**
SCA LA GOUTTE, D'OR, SAS CH. &                :
A. PRIEUR,                                                :
:
                        Defendants.   :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    WHEREAS, a jury trial was held in the above-captioned action before the Hon. Vernon S. Broderick, United States District Court Judge, commencing on February 17, 2022 and lasting ten (10) days;

    WHEREAS, after due deliberation, the jury returned a verdict in favor of Plaintiff Mario Rinaldi ("Plaintiff") in this action in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00);

    WHEREAS, the calculation of pre-judgment interest is the subject of pending briefing, (*see* Docs. 238, 242, 243);

    WHEREAS, Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C.S. § 1961;

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Mario Rinaldi has judgment against Defendant SCA La Goutte d'Or in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00), in addition to any applicable post-judgment interest. Because the calculation of pre-judgment interest is the subject of pending briefing, the Judgment

will be amended as necessary to reflect the amount of any applicable pre-judgment interest once the issue is resolved.

SO ORDERED.

Dated: March 29, 2022
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge