UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                     :

MARIO RINALDI,                                      :

                             Plaintiff,      :

                                                   :            16-CV-1901 (VSB)

                      -against-              :

                                                   :               **ORDER**

SCA LA GOUTTE, D'OR, et al.,       :

                           Defendants.  :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 11, 2022, I received a letter mailed to my chambers from Plaintiff Mario Rinaldi inquiring about the status of his case. A copy of the letter is enclosed. Defendants' post-trial motions remain under advisement. (Docs. 247, 250.) Because Mr. Rinaldi is represented by counsel in this matter, Mr. Rinaldi may not contact my chambers ex parte and must direct all future communications to the Court via his lawyers.

SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                               Vernon S. Broderick
                                               United States District Judge

Mario S.K. RINALDI
131 West 80th Street, # 4A
NEW YORK, N.Y. 10024

Octobre 10th, 2022

THE HONORABLE JUDGE VERNON S. BRODERICK, District Judge
Thurgood Marshal
United States Courthouse
40 Foley Square - Courtroom: 518
NEW YORK, N.Y. 10007

Re. MARIO RINALDI, Plaintiff, Vs. SCA LA GOUTTE D'OR, SCA CH. & A. PRIEUR, Defendants.
Case No. 16-cv-1901 (VSB)

Your Honor,

More importantly, I would like to express my utmost gratitude for your command on my recent trial during the challenging time of the past pandemic. I am confident that my sentiment is not personal, but also from everyone dedicated to the duty of Justice pertaining to my case having been present in the course of ten (10) days at your SDNY's courtroom.

Respectfully your honor, the purpose of my writing is to inform you of my very concern regarding the lengthy timeline of my case's resolution as unfortunately has been detrimental to my present situation given the fact of my age. Essentially my attorney Thomas E. Butler from the firm's White and Williams, presented before you, your honor, my case in March 2016 and it concluded by virtue of a verdict's jury trial in my favor this March 4 2022.

As time is of the essence. My attorney made me aware that he has no control of it, and nor he would implement any enforcement's proceedings in regards to the defendant's obligation towards the payment of my compensation, as we ought to rely pertaining to this matter on the forthcoming Court's response predicated on the ruling of the issue of interest as well as the post trial motions filed by the defendants. These circumstances have affected drastically the opportunities to pursue my livelihood's business activities, and so, after over two decades of building the Champagne brands Paul GOERG of La Goutte d'Or as well as NAPOLEON of SCA Ch. & A. Prieur in the US marketplace.

Consequently your honor; it's of paramount importance that your Court might consider to expedite the ongoing proceedings to prevent further delay of my indispensable business activities recovery, and eventually ensuing the payment of the money judgment I was awarded on March 29 2022.
At this juncture, your honor, I am pleading for your Court's understanding trusting that my expectancy be heard as so much of my existence is at stake.

Yours sincerely,
Mario Rinaldi