**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIO RINALDI,

      Plaintiff,

  -against-            16 **CIVIL** 1901 (VSB)

                **AMENDED JUDGMENT**

SCA LA GOUTTE, D'OR, SAS CH. &
A. PRIEUR,

        Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Opinion and Order dated December 2, 2022, La Goutte's objections to Plaintiff's proposed judgment,

La Goutte's motion for judgment as a matter of law, and La Goutte's motion for a new trial and request for

remittitur are DENIED.  A jury trial was held in the above-captioned action before the Honorable Vernon S.

Broderick, United States District Court Judge, commencing on February 17, 2022 and lasting ten (10) days.

After due deliberation, the jury returned a verdict in favor of Plaintiff Mario Rinaldi in this action in the

amount of One Million Five Hundred Thousand Dollars ($1,500,000.00). Plaintiff is entitled under New York

law to prejudgment interest of 9% per annum running from February 12, 2016 in the amount of Eight Hundred

Eighteen Thousand Five Hundred Six Dollars and 85/100 ($818,506.85). Plaintiff is entitled to post-judgment

interest pursuant to 28 U.S.C.S. § 1961.  Plaintiff Mario Rinaldi has judgment against Defendant SCA La

Goutte d'Or in the amount of Two Million Three Hundred Eighteen Thousand Five Hundred Six Dollars and

85/100 ($2,318,506.85) in addition to any applicable post-judgment interest; accordingly, the case is

closed.

**Dated:**  New York, New York

    December 5, 2022

              **RUBY J. KRAJICK**

            _____
              **Clerk of Court**

      **BY:**  K. Mango

            _____
              **Deputy Clerk**